UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINA DELUCIA,

          NO. CIV.S-06-1823LKK/EFB

    Plaintiff,

  v.

STANDARD INSURANCE COMPANY,        O R D E R
FLEET NATIONAL BANK, TRUSTEE
OF THE STANDARD INSURANCE
COMPANY GROUP INSURANCE TRUST,
CALIFORNIA PHYSICIANS' SERVICE
dba BLUE SHIELD OF CALIFORNIA
GROUP SHORT TERM-LONG TERM
DISABILITY PLAN,

    Defendants.
_____/

       The court is in receipt of defendant's request for a continuation of the status conference currently scheduled for October 30, 2006 at 2:00 p.m.  Defendant was served with the complaint on October 21, 2006, and was unable to file a timely status report as a result. Accordingly, the court hereby CONTINUES the status conference to December 11, 2006 at 2:30 p.m.

      IT IS SO ORDERED.

      DATED: October 25, 2006.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT