Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Sarah K. Hamilton (State Bar No. 238819)
skhamilton@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA DELUCIA,<br><br>           Plaintiff,<br>     v.<br>STANDARD INSURANCE COMPANY, et al.<br><br>           Defendants. | **No. NO. 2:06-cv-01823 LKK/EFB**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**JUDGE: LAWRENCE K. KARLTON**<br>**COURTROOM: 4**<br>**Signature By Facsimile** |

SFI-556963v1

1

STIP. AND [PROP.] ORDER TO EXTEND
DEADLINE; NO. 2:06-cv-01823 LKK/EFP

1  WHEREAS, Defendant Standard Insurance Company seeks to obtain additional days to
2  prepare, file and serve its responses to plaintiff's Complaint;
3  IT IS HEREBY STIPULATED as follows:
4  1. The deadline for all defendants to respond to plaintiff's Complaint will be extended by
5  twenty days to November 29, 2006.
6  **IT IS SO STIPULATED.**
7  Dated:  November 6, 2006          JONES DAY

By:     /s/
    Sarah K. Hamilton
Attorney for Defendant Standard Insurance Company

Dated:  November 3,  2006

By:     /s/
    Jesse S. Kaplan

Attorney for Plaintiff Gina Delucia

SFI-556963v1                                    2                STIP. AND [PROP.] ORDER TO EXTEND
                                                                 DEADLINE; NO. 2:06-cv-01823 LKK/EFP

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2  IT IS SO ORDERED.

3

4

5  DATED: November 7, 2006.

6

7

8  _____
   LAWRENCE K. KARLTON
9  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

SFI-556963v1    3    STIP. AND [PROP.] ORDER TO EXTEND
                     DEADLINE; NO. 2:06-cv-01823 LKK/EFP

PDF created with pdfFactory trial version www.pdffactory.com