ANDREW M. ALTSCHUL (#226008)
ALTSCHUL LAW OFFICE, PC
117 SW Taylor Street, Suite 200
Portland, Oregon  97204
Telephone:  503.417.0444
Facsimile:   503.417.0501
E-mail: *andrew@portlandemploymentlaw.com*

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GINA DELUCIA**, <br><br>              Plaintiff, <br><br>       v. <br><br> **STANDARD INSURANCE COMPANY, FLEET NAITONAL BANK, TRUSTEE OF THE STANDARD INSURANCE COMPANY GROUP INSURANCE TRUST, CALIFORNIA PHYSICIANS' SERVICE dba/ BLUE SHEILD OF CALIFORNIA GROUP SHOR TERM-LONG TERM DISABILITY PLAN,** <br><br>              Defendants. | Case No. 2:06-cv-01823 LKK/EFP <br><br> **DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER** |

PLEASE TAKE NOTICE THAT Defendants STANDARD INSURANCE COMPANY, FLEET NATIONAL BANK, TRUSTEE OF THE STANDARD INSURANCE COMPANY GROUP INSURANCE TRUST, and CALIFORNIA PHYSICIANS' SERVICE dba/ BLUE SHEILD OF CALIFORNIA GROUP SHORT TERM-LONG TERM DISABILITY PLAN substitute Andrew M. Altschul (#226008), Altschul Law Office, PC, 117 SW Taylor St., Ste 200, Portland, Oregon 97204, as their counsel of record for this action in place of Shawn Hanson (#109321), Katherine S. Ritchey (#178409), and Sarah K. Hamilton (#238819) of Jones Day, 555 California Street, 26th Floor, San Francisco, California 94104-1500.

1  This substitution is accepted by both incoming and outgoing attorneys

2  DATED: November 20, 2006

3  ALTSCHUL LAW OFFICE, PC

5  /s/Andrew Altschul
6  Andrew M. Altschul (#226008)
   Attorney for Defendants

7  DATED: November 16, 2006

8

9  JONES DAY

10  /s/ Shwan Hanson

11  Shawn Hanson (#109321)
   (outgoing) attorney for Defendants

13  **IT IS SO ORDERED**.

14  DATED: November 28, 2006

17  _____
18  LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT

-2-

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL** on the following named person(s):

JESSIE S. KAPLAN (#103726)
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608

Attorneys for plaintiff

SIM RAPOPORT
Director of Litigation
Standard Insurance Company
900 SW 5th Avenue
Portland, Oregon 97204

Party Representative for all Defendants

on the date indicated below by

    x    mailing with postage prepaid (Sim Rapoport)

    ¨    hand delivery

    ¨    facsimile transmission

    ¨    overnight delivery

    x    Electronic Delivery via CM/ECF filing (Jessie Kaplan)

in the matter *Delucia v. Standard Insurance Company, et al,* Case No. 2:06 CV 1823 LKK/EFP.

DATED:     November 20, 2006.

ALTSCHUL LAW OFFICE, PC

/s/Andrew Altschul

Andrew M. Altschul (#226008)
Telephone:  (503) 417-0444
Facsimile:  (503) 417-0501
Email: *andrew@portlandemploymentlaw.com*

Attorney for Defendants

- 1 -

**CERTIFICATE OF SERVICE**

PDF created with pdfFactory trial version www.pdffactory.com