UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINA DELUCIA,

                              NO. CIV. S-06-1823 LKK/EFB

        Plaintiff,

    v.

STANDARD INSURANCE COMPANY, FLEET NATIONAL BANK, TRUSTEE OF THE STANDARD INSURANCE COMPANY GROUP INSURANCE TRUST, CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA GROUP SHORT TERM-LONG TERM DISABILITY PLAN,

        Defendants.
                              /

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

1

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on December 11, 2006. Jesse S. Kaplan appeared as counsel for plaintiff; Andrew M. Altschul appeared telephonically as counsel for defendant. After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**MISCELLANEOUS PROVISIONS**

Plaintiff is to bring on a motion regarding scope of the evidence which the court may consider not later than seventy-five (75) days from the date after the first status conference. The court will hold another status conference after disposition of the motion.

IT IS SO ORDERED.

DATED: December 13, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT