**JESSE S. KAPLAN   CSB# 103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

**Attorney for Plaintiff**
**GINA DELUCIA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GINA DELUCIA,** | No. 2:06-CV-01823-LKK-PAN |
| **Plaintiff,** | |
| v. | **REQUEST FOR DISMISSAL; ORDER** |
| **STANDARD INSURANCE COMPANY,** et al., | |
| **Defendants.**         / | |

COMES NOW PLAINTIFF GINA DELUCIA, through her attorney, the undersigned, and asks that, pursuant to a written release and settlement agreement entered into between her and defendant STANDARD INSURANCE COMPANY, effective February 6, 2007, this matter be dismissed with prejudice, all parties to bear their own attorney fees and costs.

DATED: February 19, 2007          /s/  *Jesse S. Kaplan*

JESSE S. KAPLAN
Attorney for Plaintiff
GINA DELUCIA

IT IS SO ORDERED.

DATED:  February 22, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT